No. 382. VANOVER *v.* COX, WARDEN. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied on the ground that the cause is moot, it appearing that petitioner is no longer in the respondent's custody. *Andy Vanover, pro se. Solici-*

**780**

*tor General Fahy* for respondent.